In the Matter of the Claim of PHILIP MOSCON, Respondent, against MARTIN THOMFORD et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued October 5, 1932; decided October 25, 1932.)

579

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG, J. Not sitting: POUND, Ch. J., and CROUCH, J.